978 A.2d 917

IN THE MATTER OF GARY J. LESSER, AN ATTORNEY AT LAW.

September 17, 2009.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 08–331 and DRB 08–332, recommending that **GARY J. LESSER,** formerly of **BUDD LAKE,** who was admitted to the bar of this State in 1969, and who has been suspended from the practice of law since October 27, 1993, be disbarred, based on his conviction in the United States District Court for the Eastern District of Pennsylvania of wire fraud, money laundering, and aiding and abetting, contrary to 18 *U.S.C.* §§ 1343, 1957 and 2, conduct that violates *RPC* 8.4(b) (committing criminal act that reflects adversely on honesty, trustworthiness or fitness of a lawyer)(DRB 08–331), and for his violations of *RPC* 1.7(a) and *RPC* 1.9(a) (conflict of interest), *RPC* 4.1(a) (making material

misrepresentations to third person and failing to disclose material fact when necessary to avoid assisting criminal or fraudulent act), *RPC* 5.5(a)(1) and *N.J.S.A.* 2C:21–22 (unauthorized practice of law), and *RPC* 8.4(c) (conduct involving dishonesty deceit, fraud, or misrepresentation)(DRB 08-332);

And **GARY J. LESSER** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **GARY J. LESSER** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that **GARY J. LESSER** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.